# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:18−cv−09491−FMO−AS

| | |
|---|---|
| Matthew Pliskin v. Robert Goldstein et al | Date Filed: 11/08/2018 |
| Assigned to: Judge Fernando M. Olguin | Date Terminated: 05/15/2019 |
| Referred to: Magistrate Judge Alka Sagar | Jury Demand: None |
| Demand: $9,999,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity−Breach of Fiduciary Duty | Jurisdiction: Diversity |

**Plaintiff**

**Matthew Pliskin**  represented by  **Samuel R Maizel**
*as Trustee of the ICPW Nevada Trust*
Dentons LLP
601 South Figueroa Street Suite 2500
Los Angeles, CA 90017
213−623−9300
Fax: 213−623−9924
Email: samuel.maizel@dentons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tania M Moyron**
Dentons US LLP
601 South Figueroa Street Suite 2500
Los Angeles, CA 90017
213−623−9300
Fax: 213−623−9924
Email: tania.moyron@dentons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew T Solomon**
Solomon and Cramer LLP
1441 Broadway Suite 6026
New York, NY 10018
212−884−9102
Fax: 212−368−3896
Email: asolomon@solomoncramer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan B Roberts**
Solomon and Cramer LLP
1441 Broadway Suite 6026
New York, NY 10018
212−884−9102
Fax: 561−368−3896
Email: nroberts@solomoncramer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ahmed Jinnah**

Dentons LLP
601 South Figueroa Street Suite 2500
Los Angeles, CA 90071
213–623–9300
Fax: 213–623–9924
Email: andy.jinnah@dentons.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Robert Goldstein** | represented by | **Prashanth Chennakesavan** |

LTL Attorneys LLP
300 South Grand Avenue 14th Floor
Los Angeles, CA 90071
213–612–8900
Fax: 213–612–3773
Email: prashanth.chennakesavan@ltlattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bernie E Hauder**
Adkerson Hauder and Bezney PC
1700 Pacific Avenue Suite 4450
Dallas, TX 75201
214–740–2503
Fax: 214–740–2501
Email: bernie@ahblaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joedat H Tuffaha**
LTL Attorneys LLP
300 South Grand Avenue 14th Floor
Los Angeles, CA 90071
213–612–8900
Fax: 213–612–3773
Email: joe.tuffaha@ltlattorneys.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **DRG Strategic, LLC** | represented by | **Prashanth Chennakesavan** |
| *doing business as* | | (See above for address) |
| Meridian Global | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Bernie E Hauder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joedat H Tuffaha**

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2018 | Ï 1 | COMPLAINT Receipt No: 0973–22718085 – Fee: $400, filed by Plaintiff Matthew Pliskin. (Attorney Ahmed Jinnah added to party Matthew Pliskin(pty:pla))(Jinnah, Ahmed) (Entered: 11/08/2018) |
| 11/08/2018 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Matthew Pliskin. (Jinnah, Ahmed) (Entered: 11/08/2018) |
| 11/08/2018 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Matthew Pliskin. (Jinnah, Ahmed) (Entered: 11/08/2018) |
| 11/08/2018 | Ï 4 | NOTICE of Interested Parties filed by Plaintiff Matthew Pliskin, identifying ICPW Nevada Trust. (Jinnah, Ahmed) (Entered: 11/08/2018) |
| 11/09/2018 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Consuelo B. Marshall and Magistrate Judge Alka Sagar. (jtil) (Entered: 11/09/2018) |
| 11/09/2018 | Ï 6 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants DRG Strategic, LLC, Robert Goldstein. (jtil) (Entered: 11/09/2018) |
| 11/13/2018 | Ï 7 | ORDER RETURNING CASE FOR REASSIGNMENT by Judge Consuelo B. Marshall. ORDER case returned to the Clerk for random reassignment pursuant to General Order 16–05. Case randomly reassigned from Judge Consuelo B. Marshall to Judge Fernando M. Olguin for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:18–cv–09491 FMO(ASx). (rn) (Entered: 11/13/2018) |
| 11/29/2018 | Ï 8 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. This matter has been assigned to District Judge Fernando M. Olguin. The Court refers counsel to the Court's Initial Standing Order found on the Court's Website under Judge Olguin's Procedures and Schedules. Please read this Order carefully.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY (Entered: 11/29/2018) |
| 12/04/2018 | Ï 9 | PROOF OF SERVICE Executed by Plaintiff Matthew Pliskin, upon Defendant DRG Strategic, LLC served on 11/26/2018, answer due 12/17/2018; Robert Goldstein served on 11/26/2018, answer due 12/17/2018. in compliance with Federal Rules of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons NOT returned. *Proof of Service of Summons in a Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, and Order Returning Case for Reassignment* (Jinnah, Ahmed) (Entered: 12/04/2018) |
| 12/05/2018 | Ï 10 | APPLICATION of Non–Resident Attorney Andrew T. Solomon to Appear Pro Hac Vice on behalf of Plaintiff Matthew Pliskin (Pro Hac Vice Fee – $400 Fee Paid, Receipt No. 0973–22846484) filed by Plaintiff Matthew Pliskin. (Attachments: # 1 Proposed Order) (Jinnah, Ahmed) (Entered: 12/05/2018) |
| 12/07/2018 | Ï 11 | ORDER ON APPLICATION OF NON–RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Fernando M. Olguin: GRANTING 10 Non–Resident Attorney Andrew T. Solomon APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff, designating Ahmed R. Jinnah as local counsel. (lt) (Entered: 12/10/2018) |
| 01/08/2019 | Ï 12 | (IN CHAMBERS) ORDER TO SHOW CAUSE by Judge Fernando M. Olguin. Response to Order to Show Cause due by 1/15/2019. (vdr) (Entered: 01/08/2019) |
| 01/14/2019 | Ï 13 | STIPULATION Extending Time to Answer the complaint as to DRG Strategic, LLC answer now due 1/16/2019; Robert Goldstein answer now due 1/16/2019, re Complaint (Attorney Civil Case |

| | | |
|---|---|---|
| | | Opening) 2 filed by Plaintiff Matthew Pliskin.(Jinnah, Ahmed) (Entered: 01/14/2019) |
| 01/14/2019 | 14 | RESPONSE filed by Plaintiff Matthew Pliskinto Order to Show Cause 12 *Response to (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution* (Attachments: # 1 Declaration of Nathan B. Roberts)(Jinnah, Ahmed) (Entered: 01/14/2019) |
| 01/16/2019 | 15 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction filed by Defendants DRG Strategic, LLC, Robert Goldstein. Motion set for hearing on 2/14/2019 at 10:00 AM before Judge Fernando M. Olguin. (Attachments: # 1 Declaration of Robert Goldstein, # 2 Proposed Order) (Attorney Joedat H Tuffaha added to party DRG Strategic, LLC(pty:dft), Attorney Joedat H Tuffaha added to party Robert Goldstein(pty:dft)) (Tuffaha, Joedat) (Entered: 01/16/2019) |
| 01/16/2019 | 16 | CERTIFICATE of Interested Parties filed by Defendants DRG Strategic, LLC, Robert Goldstein, (Tuffaha, Joedat) (Entered: 01/16/2019) |
| 01/18/2019 | 17 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. The Order to Show Cause 12 is hereby discharged. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY (Entered: 01/18/2019) |
| 01/18/2019 | 18 | ORDER SETTING SCHEDULING CONFERENCE by Judge Fernando M. Olguin. Scheduling Conference set for 2/28/2019 at 10:00 AM before Judge Fernando M. Olguin. (vdr) (Entered: 01/18/2019) |
| 01/24/2019 | 19 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 15 *Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction* filed by Plaintiff Matthew Pliskin. (Jinnah, Ahmed) (Entered: 01/24/2019) |
| 01/24/2019 | 20 | DECLARATION of Matthew A. Pliskin in Opposition to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 15 *Declaration of Matthew A. Pliskin In Support of Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction* filed by Plaintiff Matthew Pliskin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Jinnah, Ahmed) (Entered: 01/24/2019) |
| 01/25/2019 | 21 | NOTICE OF LODGING filed *Notice of Lodging [Proposed] Order on Defendant's Motion to Dismiss Plaintiff's Complaint* re MEMORANDUM in Opposition to Motion, 19 (Attachments: # 1 Proposed Order)(Jinnah, Ahmed) (Entered: 01/25/2019) |
| 01/28/2019 | 22 | APPLICATION of Non−Resident Attorney Nathan B. Roberts to Appear Pro Hac Vice on behalf of Plaintiff Matthew Pliskin (Pro Hac Vice Fee − $400 Fee Paid, Receipt No. 0973−23109389) filed by Plaintiff Matthew Pliskin. (Attachments: # 1 Proposed Order) (Jinnah, Ahmed) (Entered: 01/28/2019) |
| 01/31/2019 | 23 | REPLY in Support of Motion NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 15 filed by Defendants DRG Strategic, LLC, Robert Goldstein. (Tuffaha, Joedat) (Entered: 01/31/2019) |
| 01/31/2019 | 24 | ORDER ON APPLICATION OF NON−RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Fernando M. Olguin: GRANTING 22 Non−Resident Attorney Nathan B. Roberts APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff, designating Ahmed R. Jinnah as local counsel. (lt) (Entered: 02/01/2019) |
| 02/05/2019 | 25 | APPLICATION of Non−Resident Attorney Bernie E. Hauder to Appear Pro Hac Vice on behalf of Defendants DRG Strategic, LLC, Robert Goldstein (Pro Hac Vice Fee − $400.00 Previously Paid on 2/5/2019, Receipt No. 26F7Q12A) filed by Defendants DRG Strategic, LLC, Robert Goldstein. (Attachments: # 1 Proposed Order) (Tuffaha, Joedat) (Entered: 02/05/2019) |
| 02/06/2019 | 26 | ORDER by Judge Fernando M. Olguin: Granting Application of Non−Resident Attorney Bernie E. Hauder to Appear Pro Hac Vice on behalf of Defendant Robert Goldstein and DRG Strategic, LLC, |

| | | |
|---|---|---|
| | | designating Joe Tuffaha as local counsel 23 . (iv) (Entered: 02/06/2019) |
| 02/11/2019 | 27 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. On the court's own motion, the Motion to Dismiss 15 is taken off the 2/14/2019 calendar and placed under submission. No appearances are required on 2/14/2019. An order with the court's ruling will issue.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY (Entered: 02/11/2019) |
| 02/11/2019 | 28 | MINUTE ORDER IN CHAMBERS RE: BRIEFING by Judge Fernando M. Olguin. *See order for deadlines and requirements.* (vdr) (Entered: 02/11/2019) |
| 02/14/2019 | 29 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 5 days, filed by Plaintiff Matthew Pliskin.. (Roberts, Nathan) (Entered: 02/14/2019) |
| 02/18/2019 | 30 | BRIEF filed by defendants DRG Strategic, LLC, Robert Goldstein. *Brief re: Transfer to N.D. Tex.* regarding Minutes of In Chambers Order/Directive – no proceeding held 28 . (Chennakesavan, Prashanth) (Entered: 02/18/2019) |
| 02/18/2019 | 31 | MEMORANDUM of Points and Authorities in Opposition *to Transfer* Re: Minutes of In Chambers Order/Directive – no proceeding held 28 (Attachments: # 1 Declaration of Nathan B. Roberts, # 2 Proposed Order Regarding Transfer)(Roberts, Nathan) (Entered: 02/18/2019) |
| 02/21/2019 | 32 | STIPULATION to Continue Scheduling Conference from February 28, 2019 to March 21, 2019 filed by Plaintiff Matthew Pliskin. (Attachments: # 1 Proposed Order Continuing Scheduling Conference)(Roberts, Nathan) (Entered: 02/21/2019) |
| 02/22/2019 | 33 | ORDER CONTINUING SCHEDULING CONFERENCE 32 by Judge Fernando M. Olguin. The scheduling conference in this matter previously set for February 28, 2019 at 10:00 am shall be continued to March 21, 2019 at 10:00 am. (iv) (Entered: 02/22/2019) |
| 02/25/2019 | 34 | BRIEF filed by Defendants DRG Strategic, LLC, Robert Goldstein. regarding Brief (non–motion non–appeal) 30 . (Tuffaha, Joedat) (Entered: 02/25/2019) |
| 02/25/2019 | 35 | RESPONSE filed by Plaintiff Matthew Pliskinto Brief (non–motion non–appeal) 30 *re Transfer of Action to N.D. Tex.* (Roberts, Nathan) (Entered: 02/25/2019) |
| 03/14/2019 | 36 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. On the court's own motion, the Scheduling Conference is hereby continued for hearing to 4/18/2019 at 10:00 AM before Judge Fernando M. Olguin. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY (Entered: 03/14/2019) |
| 04/02/2019 | 37 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. On the court's own motion, the Scheduling Conference is hereby continued for hearing to 5/2/2019 at 10:00 AM before Judge Fernando M. Olguin. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY (Entered: 04/02/2019) |
| 04/25/2019 | 38 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. On the court's own motion, the Scheduling Conference is hereby continued for hearing to 5/16/2019 at 10:00 AM before Judge Fernando M. Olguin. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vv) (Entered: 04/25/2019) |
| 05/13/2019 | 39 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. On the court's own motion, the Scheduling Conference is hereby continued to 5/30/2019 at 10:00 AM before Judge Fernando M. Olguin. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY (Entered: 05/13/2019) |
| 05/15/2019 | 40 | ORDER TRANSFERRING ACTION by Judge Fernando M. Olguin. The Clerk shall transfer this case forthwith to the United States District Court for the Northern District of Texas. See 28 U.S.C. |

1404(a). Defendant's Motion to Dismiss 15 is denied without prejudice. Case transferred electronically. (MD JS–6. Case Terminated.) (iv) (Entered: 05/15/2019)