IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW PLISKIN, AS TRUSTEE OF THE ICPW NEVADA TRUST | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:19-cv-01179-K |
| ROBERT GOLDSTEIN and DRG STRATEGIC, LLC d/b/a MERIDIAN GLOBAL, | ) ) ) ) | JUDGE ED KINKEADE |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF CERTAIN DEFENSE COUNSEL

**DEFENDANTS** Robert Goldstein and DRG Strategic, LLC d/b/a Meridian Global ("Defendants") give notice of the withdrawal of **Joe H. Tuffaha and Prashanth Chennakesavan of LTL Attorneys, LLP** as counsel for Defendants. Bernie E. Hauder of Adkerson, Hauder & Bezney, P.C. will remain as counsel for Defendants.

Respectfully submitted,

ADKERSON, HAUDER & BEZNEY, P.C.

BY:      */s/ Bernie E. Hauder*
BERNIE E. HAUDER
State Bar No. 09233600

1700 Pacific Ave., Suite 4450
Dallas, Texas 75201-7323
214-740-2500 - Telephone
214-740-2501 – Facsimile
Bernie@ahblaw.net

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that on this, the 30th day of May, 2019 a true and correct copy of the above and foregoing document has been forwarded to the counsel of record by electronic service.

     */s/ Bernie E. Hauder*

BERNIE E. HAUDER